UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

IN RE:                          )     CASE NO: 08-41769-399
                                )
LINDA LEE BUCKLEY               )
                                )     CHAPTER 13
                                )
                                )
                 DEBTOR(S)      )

LIST OF UNCLAIMED FUNDS AND ENTITIES
WHICH ARE ENTITLED TO PAYMENT

    COMES NOW JOHN V. LABARGE, JR., CHAPTER 13 TRUSTEE, AND PROVIDES
LIST FOR FILING PURSUANT TO BANKRUPTCY RULE 3011. THE FOLLOWING IS A
LIST OF ALL KNOWN NAMES AND ADDRESSES OF THE ENTITIES AND THE AMOUNTS
WHICH THEY ARE ENTITLED TO BE PAID FROM REMAINING PROPERTY OF THE
ESTATE THAT IS PAID HEREWITH INTO COURT PURSUANT TO 11 U.S.C. SECTION
347(A):


SPIRIT OF AMERICA NATL BANK
PO BOX 856021                    $           4.44
C/O FASHION BUG/FIRST EXPRESS
LOUISVILLE KY
502659            40285



                         /s/ John V. LaBarge, Jr.
                         -----------------------------------
DATE: June 30, 2011      JOHN V. LABARGE, JR.,
                         CHAPTER 13 TRUSTEE
                         P.O. Box 430908
                         St. Louis, MO 63143
XC -091                  (314) 781-8100   trust33@ch13stl.com